**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ANDREW JOHN KLOC　§　Case No. 09-23608
§　Hon. EUGENE R. WEDOFF
§　Chapter 7
§

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,051.00 | Assets Exempt: | $33,734.00 |
| Total Distributions to Claimants: | $8,342.92 | Claims Discharged Without Payment: | $148,891.75 |
| Total Expenses of Administration: | $3,904.26 | | |

3) Total gross receipts of $13,088.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $841.00 (see **Exhibit 2**), yielded net receipts of $12,247.18 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,904.26 | $3,904.26 | $3,904.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $156,994.06 | $81,546.98 | $81,546.98 | $8,342.92 |
| **TOTAL DISBURSEMENTS** | $156,994.06 | $85,451.24 | $85,451.24 | $12,247.18 |

4) This case was originally filed under chapter 7 on 06/29/2009.
The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/11/2010  By: /s/ ALLAN J. DeMARS
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| fraudulent transfer settlement | 1241-000 | $8,500.00 |
| insurance cash surrender | 1129-000 | $4,586.00 |
| interest on invested funds | 1270-000 | $2.18 |
| **TOTAL GROSS RECEIPTS** | | **$13,088.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Andrew J. Kloc | exemption in insurance | 8100-002 | $841.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$841.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $1,974.72 | $1,974.72 | $1,974.72 |
| Allan J. DeMars | 2200-000 | N/A | $15.54 | $15.54 | $15.54 |
| Allan J. DeMars | 3110-000 | N/A | $1,914.00 | $1,914.00 | $1,914.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,904.26 | $3,904.26 | $3,904.26 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Advanta Bank Corp | 7100-900 | $34,094.99 | $34,094.99 | $34,094.99 | $3,488.19 |
| Chase | 7100-900 | $16,665.38 | $16,861.40 | $16,861.40 | $1,725.06 |
| Bank of America | 7100-900 | $5,250.62 | $5,177.12 | $5,177.12 | $529.66 |
| Chase | 7100-900 | $25,295.38 | $25,413.47 | $25,413.47 | $2,600.01 |
| 5 additional scheduled claims | 7100-900 | $75,687.69 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

| TOTAL GENERAL UNSECURED CLAIMS | $156,994.06 | $81,546.98 | $81,546.98 | $8,342.92 |
|---|---|---|---|---|

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No. 09-23608  
Case Name: ANDREW JOHN KLOC  
For Period Ending: 12/31/09  

Trustee Name: Allan J. DeMars  
Date Filed (f) or Converted (c): 6/29/09 (F)  
§341(a) Meeting Date: 8/12/09  
Claims Bar Date: 11/20/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | cash | 50.00 | 0.00 | DA | | FA |
| 2 | check & savings at First American | 250.00 | 0.00 | DA | | FA |
| 3 | check & savings at Parkway Bank | 350.00 | 0.00 | DA | | FA |
| 4 | checking account at Chase | 80.00 | 0.00 | DA | | FA |
| 5 | misc furniture | 400.00 | 0.00 | DA | | FA |
| 6 | clothing | 200.00 | 0.00 | DA | | FA |
| 7 | Allstate Ins. life insurance policy | 4,568.00 | 3,745.00 | | 4,586.00 | FA |
| 8 | Allstate profit sharing plan | 668.00 | 0.00 | DA | | FA |
| 9 | Primerica IRA | 7,135.00 | 0.00 | DA | | FA |
| 10 | Best of America IRA | 19,331.00 | 0.00 | DA | | FA |
| 11 | stock in Paradise Raceway, Inc. | 1.00 | 0.00 | DA | | FA |
| 12 | 585 shares Alcatel Lucent | 1,199.00 | 0.00 | DA | | FA |
| 13 | 3200 shares Sirius Radio | 1,280.00 | 0.00 | DA | | FA |
| 14 | 2003 PT Cruiser | 3,000.00 | 0.00 | DA | | FA |
| 15 | fraudulent transfer of vacant lot (u) | 0.00 | 8,500.00 | | 8,500.00 | FA |
| 16 | interest on invested funds | | 0.00 | DA | 2.18 | FA |

TOTALS (Excluding unknown values)         12,245.00         13,088.18

(Total Dollar Amount in Column 6)

Major activities affecting case closing: settlement of potential cause of action re fraudulent transfer; liquidation of insurance policy

Initial Projected Date of Final Report (TFR): 11/09              Current Projected Date of Final Report (TFR): 11/30/09

**EXHIBIT 9                    FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 09-23608  
Case Name: ANDREW JOHN KLOC  
Taxpayer ID#: 27-6221290  
For Period Ending: 12/31/10  

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Money Market #: 375 556 1286  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 9/23/09 | Ref 15 | Robert K. Kloc | settlement of potential cause of action to avoid alleged fraudulent transfer | 1241-000 | 8,500.00 | | 8,500.00 |
| 9/25/09 | Ref 7 | Allstate Insurance | cash surrender; $841 exempt to be paid to debtor | 1129-000 | 4,586.00 | | 13,086.00 |
| 9/25/09 | Check 1001 | Andrew J. Kloc | exemption in insurance policy proceeds | 8100-002 | | 841.00 | 12,245.00 |
| 9/30/09 | Ref 16 | Bank of America | interest on invested funds | 1270-000 | 0.13 | | 12,245.13 |
| 9/30/09 | Ref 16 | Bank of America | bank error | 1270-000 | 0.60 | | 12,245.73 |
| 10/31/09 | Ref 16 | Bank of America | interest on invested funds | 1270-000 | 1.04 | | 12,246.77 |
| 11/13/09 | Ref 16 | Bank of America | interest on invested funds | 1270-000 | 0.41 | | 12,247.18 |
| 1/19/10 | Check 1002 | Allan J. DeMars | trustee fees | 2100-000 | | 1,974.72 | 10,272.46 |
| 1/19/10 | Check 1003 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 15.54 | 10,256.92 |
| 1/19/10 | Check 1004 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,914.00 | 8,342.92 |
| 1/19/10 | Check 1005 | Advanta Bank Corp | 726(a)(2);10.23081% | 7100-900 | | 3,488.19 | 4,854.73 |
| 1/19/10 | Check 1006 | Chase Bank USA NA | 726(a)(2);10.23081% | 7100-900 | | 1,725.06 | 3,129.67 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 1/19/10 | Check 1007 | FIA Card Services successor to Bank of America and MBNA | 726(a)(2);10.23081% | 7100-900 | | 529.66 | 2,600.01 |
| 1/19/10 | Check 1008 | Chase Bank USA NA | 726(a)(2);10.23081% | 7100-900 | | 2,600.01 | 0.00 |

```
                                    COLUMN TOTALS    13,088.18    13,088.18        0.00
                       Less: Payments to debtor(s)      841.00       841.00
                                               Net   12,247.18    12,247.18        0.00

                                                                      NET
TOTAL – ALL ACCOUNTS                           NET  DEPOSITS   DISBURSEMENTS    BALANCES
Money Market # 375 556 1286                         12,247.18    12,247.18        0.00
Net                                                 12,247.18    12,247.18        0.00
                                                  Excludes account  Excludes payments  Total Funds
                                                     transfers         to debtor        on Hand
```